ISABELLE G. BUMP, as Administratrix of ALLEN BUMP, Deceased, Respondent, *v.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.

*Bump* v. *N. Y., N. H. & H. R. R. Co.*, 38 App. Div. 60, affirmed.
(Argued December 18, 1900; decided January 8, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 11, 1899, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Henry W. Taft* for appellant.

*John M. Gardner* for respondent.

Judgment affirmed, with costs, on opinion of BARTLETT, J., below.

Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, LANDON and WERNER, JJ. Not sitting: GRAY and CULLEN, JJ.

---

ISRAEL P. GRANT, as Surviving Partner of the Firm of GRANT & DE WATERS, Appellant, *v.* EZRA F. GRIFFITH, Respondent.

*Grant* v. *Griffith*, 39 App. Div. 107, affirmed.
(Submitted December 18, 1900; decided January 8, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 20, 1899, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Frederick Collin* for appellant.

*D. H. Carver* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, CULLEN and WERNER, JJ. Absent: GRAY, J. Not sitting: LANDON, J.